UNITED STATES DISTRICT COURT          JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SA CV 19-00141-DOC          Date: May 11, 2020

Title: California Mutual Insurance Company v. Hoverboardsegway et al.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING ACTION**

Plaintiff failed to timely file an amended complaint in this action. Dkt. 57. Accordingly, the action is DISMISSED without prejudice for lack of prosecution.

Initials of Deputy Clerk: kd

MINUTES FORM 11
CIVIL-GEN